FILED - GR
November 26, 2024 10:17 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB  SCANNED BY: KB /11/26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESSICA NICOLE PITCHER,

    Defendant.

_____/

1:24-cr-179
Robert J. Jonker
U.S. District Judge

**CLASS A MISDEMEANOR INFORMATION**

The United States Attorney charges:

(Knowingly Obtaining Protected Health Information Without Authorization)

On or about November 27, 2023, in the Southern Division of the Western District of Michigan, defendant,

**JESSICA NICOLE PITCHER,**

knowingly obtained individually identifiable health information relating to an individual from a covered entity without authorization. Specifically, on that date, defendant, an employee of the U.S. Department of Veterans Affairs, a covered entity that is both a health plan and a health care provider, accessed the electronic medical records of Patient Victim 1 and obtained individually identifiable health information from those records without authorization.

42 U.S.C. § 1320d-6(a)(2)
42 U.S.C. § 1320d-6(b)(1)

Date: November 26, 2024

                    MARK A. TOTTEN
                    United States Attorney

                    _____
                    RONALD M. STELLA
                    Assistant United States Attorney